## BETTY LOUISE SCHMELZEL v. CLARENCE SCHMELZEL

17 So. (2nd) 124                                January Term, 1944
March 3, 1944                                           Division A

*John E. Porte,* for appellant.

*Rudolph Isom* and *Hudson & Cason,* for appellee.

PER CURIAM:

The decree appealed from is affirmed and petition for counsel fee is denied.

Affirmed.

BUFORD, C. J., TERRELL, CHAPMAN and ADAMS, JJ., concur.